UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

TOUREAN LOCKHART, JAMES LOCKHART and
ANNETTE LOCKHART,

                                    Plaintiffs,

-against-

CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT, SERGEANT ROBERT NUGENT and
DETECTIVE DAVID BONACARTI,

                                    Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13 Civ. 6941 (RMB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/15

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
March 3, 2015

| | |
|---|---|
| CRAIG L. DAVIDOWITZ, P.C.<br>*Attorneys for Plaintiffs*<br>450 Seventh Avenue, Suite 1508<br>New York, N.Y. 10018<br>(212) 378-2051 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City, Nugent and Bonacarti*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Craig L. Davidowitz<br>*Attorney for Plaintiffs* | By: _____<br>Tobias E. Zimmerman<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Dated: 3/3, 2015